UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
REGINALD POINT-DU-JOUR, et al.,

                 Plaintiffs,                **MEMORANDUM AND ORDER**

    -against-                              07-CV-3371 (RJD)

**AMERICAN AIRLINES,**

                 **Defendant.**
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Having considered the parties' written and oral arguments, as well as Defendant's Supplemental Automatic Disclosure Statement Prior To Discovery, the Court in its discretion declines to reopen discovery, except to the following limited extent. By November 12, 2008, defendant shall furnish plaintiffs with copies of (1) any turbulence report relating to the incident in question; and (2) the portion of the mechanical log pertaining to the aircraft in question for the first week of August 2004.

      The Court otherwise denies plaintiffs' request to reopen discovery. Defendant's supplemental automatic disclosure (served in March 2008) provided plaintiffs with the names of all crew members on board flight number 1617; the Court earlier admonished counsel for ignoring the discovery deadlines, see 3/20/08 Calendar Order; yet plaintiffs served no interrogatories or document demands. Therefore, plaintiffs' failure to have timely obtained the discovery now sought is a problem of their own making.

      **SO ORDERED.**

Dated:    Brooklyn, New York
            November 3, 2008

                                                **ROANNE L. MANN**
                                                **UNITED STATES MAGISTRATE JUDGE**